■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES BURTON, Appellant.—Judgment, Supreme Court, New York County (Burton Roberts, J.), rendered on November 22, 1983, unanimously affirmed. Motion to enlarge record to include certain exhibits denied. No opinion. Concur—Murphy, P. J., Ross, Lynch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY STROMAN, Appellant.—Judgment, Supreme Court, New York County (Martin Stecher, J.), rendered on September 7, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Lynch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD THOMPSON, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on June 21, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Lynch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER TORRES, Also Known as PEDRO TORRES, Appellant.— Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on June 5, 1984, unanimously affirmed.